Rec # 7720
$43.73
11/29/10

November 23, 2010

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re:   Robert W & Pamela A Johnson; BK #09-20050

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $43.74. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or** the funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| HSBC Bank USA, NA | $43.73 | Claims Register # 2 |



/s/_____
George M. Reiber, Trustee